**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**George CHAMBERS, Defendant—
Appellant.**

**No. 03–7088.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 15, 2003.

Decided Nov. 10, 2003.

George Chambers, Appellant pro se.

John Staige Divis, V, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

George Chambers appeals the district court's order denying his motion to modify sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Chambers*, No. CR–94–89 (E.D. Va. June 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*